AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM8:47
RECEIVED FEB 23 '24

United States of America
v.
TAYVON POSTELL LIPPETT

*Defendant*

Case: 1:24-cr-00027
Assigned To : Judge Dabney L. Friedrich
Assign. Date : 2/22/2024
Description: Superseding Indictment (B).
Related Case: 24-cr-00027 (DLF)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TAYVON POSTELL LIPPETT   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FORTY GRAMS OR MORE OF FENTANYL;

FORFEITURE: 21 U.S.C. § 853(a), (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date:   02/22/2024

2024.02.22
12:50:34 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/23/24, and the person was arrested on *(date)* 2/29/24
at *(city and state)* Fort Washington, MD

Date: 2/29/24

*Arresting officer's signature*

SA Michael Bauknight
*Printed name and title*